```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 30672
   JAMES M MITCHELL
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5198


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/11/08 .

   2.  Case reassigned to Marilyn Marshall, Trustee, 11/19/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------

       Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00         .00          .00
PRINCIPAL PAID           .00         .00          .00         .00          .00
INTEREST PAID            .00         .00          .00         .00          .00
TOTAL PAID               .00         .00          .00         .00          .00
The Debtor's attorney, TIMOTHY K LIOU                , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




   Dated: 02/12/09                  /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 08 B 30672 JAMES M MITCHELL